# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MUNICIPAL POLICE EMPLOYEES'
RETIREMENT SYSTEM

NO.  2025 CW 1318

VERSUS

ALVIN R. BRADLEY, SR., IN
HIS OFFICIAL CAPACITY AS
MAYOR, AND JOHN F. BROWN,
JR., CATHY HOLMES GILES,
JERRY LEWIS, DEVARIA H.
PONTON, AND DELORES W.
SMITH, IN THEIR OFFICIAL
CAPACITIES AS COUNCILMEMBERS
FOR THE CITY OF GRAMBLING

MARCH 09, 2026

---

In Re:    Municipal  Police  Employees'  Retirement  System,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 749512.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT